# ABC CREDIT & RECOVERY SERVICES, INC.
*Collections, Credit Reporting & Recovery Services For Business*

---

June 22, 2023

Ms. Dawn Moreno

Clerk for Judge Honorable Mary M. Rowland

United States District Court

Northern District of Illinois

RE: **Raslan v. ABC Credit & Recovery...), case number 1:23-cv-1909, - Motion to Vacate and for an Extension of Time**

Dear Ms. Moreno:

Please help us file a motion to vacate for an Extension of Time. We are awaiting feedback from our insurance company on this matter. The following facts follow;

1. I am the owner of ABC Credit & Recovery Services Inc.

2. That I was made aware of the order setting the time to file a Motion to Vacate until June 22, 2023.

3. I sent the complaint to my insurance company for handling.

4. I do not have a response from my insurance company on this and the best way to defend the action

5. I am requesting that the technical default be vacated and that ABC Credit & Recovery Services,Inc..have 30 days to have counsel file responsive pleadings.

6. This is not being filed for purposes of delay or harassment.

Sincerely,

Joseph M. Speziale
President
ABC Credit & Recovery Services Inc
4736 Main Steet
#4
Lisle, Il 60532

P: 630-969-2047

---