# ABC CREDIT & RECOVERY SERVICES, INC.
*Collections, Credit Reporting & Recovery Services For Business*

FILED
7/19/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DM

July 19, 2023

Ms. Dawn Moreno
Clerk for Judge Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

RE: **Raslan v. ABC Credit & Recovery...), case number 1:23-cv-1909, - Motion to Vacate and for an Extension of Time**

Dear Ms. Moreno:

I was informed that our attorney, who has been out of his office since 7/10/23, won't be returning back until next week. I'm sorry for asking for an extension, however, the first or second week of August 2023, whichever is best for your calendar, would give our attorney the time necessary to properly respond.

Please help us file a motion to vacate for an Extension of Time. The following are facts related to this matter;

1. I am the owner of ABC Credit & Recovery Services Inc.

2. I was made aware of the order setting the time to file a Motion to Vacate until June 22, 2023.

3. I am requesting that the technical default be vacated and that ABC Credit & Recovery Services, Inc..have fifteen 15 days or more to have counsel answer and file responsive pleadings.

4. This is not being filed for purposes of delay or harassment.

Sincerely,

Joseph M. Speziale
President
ABC Credit & Recovery Services Inc
4736 Main Steet
#4
Lisle, Il 60532

P: 630-969-2047

---

P.O. Box 3722    Lisle, Illinois 60532-8722    Office: 630-969-2047    Fax: 630-969-2363
Email: abcrecoveryinc@aol.com