# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mohamad M. Raslan

                                      Plaintiff,

v.                                                       Case No.: 1:23–cv–01909
                                                                       Honorable Mary M. Rowland

ABC Credit & Recovery Services, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

        MINUTE entry before the Honorable Mary M. Rowland: In light of the Notice of Settlement, any pending deadlines or motions are stricken. Parties should file a stipulation to dismiss or status report on settlement by 11/27/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.